IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAY 27 2015

CLERK, U.S. DISTRICT COURT
By _____
Deputy

MILTON HERSHON,                    §
                                   §
        Plaintiff,                 §
                                   §
VS.                                §   NO. 4:15-CV-312-A
                                   §
STATE FARM LLOYDS, ET AL.,         §
                                   §
        Defendants.                §

## FINAL JUDGMENT AS TO CERTAIN PARTY

Consistent with the memorandum opinion and order signed in the above-captioned action on the date of the signing of this final judgment as to certain party,

The court ORDERS, ADJUDGES, and DECREES that all claims and causes of action asserted by plaintiff, Milton Hershon, in the above-captioned action against defendant Feliciano Gallegos, be, and are hereby, dismissed.

SIGNED May 27, 2015.

_____
JOHN McBRYDE
United States District Judge